# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 30, 2020

## NO. 03-19-00259-CV

**Appellant, Rodolfo Canales, Jr.// Cross-Appellants, Ken Paxton, in his Official Capacity as Attorney General of the State of Texas; and the Office of The Attorney General, in its Capacity as the Title IV-D Agency under Part D of the Social Security Act**

**v.**

**Appellees, Ken Paxton, in his Official Capacity as Attorney General of the State of Texas; and the Office of The Attorney General, in its Capacity as the Title IV-D Agency under Part D of the Social Security Act// Cross-Appellee, Rodolfo Canales, Jr.**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on April 19, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.